**Motion Granted; Order filed July 11, 2013**



**In The**

# 𝔉𝔬𝔲𝔯𝔱𝔢𝔢𝔫𝔱𝔥 𝔆𝔬𝔲𝔯𝔱 𝔬𝔣 𝔄𝔭𝔭𝔢𝔞𝔩𝔰

———————

**NO. 14-13-00287-CR**

———————

**DENNIS BRASHER, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 77th District Court**
**Limestone County, Texas**
**Trial Court Cause No. 12931-A**

## ORDER

Appellant filed a motion requesting this court to examine the originals or exact duplicates of **State's exhibits 1 through 6, photographs.**

The clerk of the 77th District Court is directed to deliver to the Clerk of this Court the original or exact duplicates of State's exhibits 1 through 6, photographs, on or before **August 12, 2013.** The Clerk of this court is directed to receive, maintain, and keep safe this original exhibit; to deliver it to the justices of this court for their inspection; and, upon completion of inspection, to return the original of State's exhibits 1 through 6, photographs, to the clerk of the 77th District Court.


PER CURIAM